(Republished)

■ RODNEY G. KIRKLAND, an Infant, by His Guardian ad Litem, PEARL KIRKLAND, et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with $50 costs to respondents. No opinion. The order of this court [24 A D 2d 555] entered on June 8, 1965 is vacated. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.